# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2019

## NO. 03-19-00067-CV

**R. Wayne Johnson, Appellant**

**v.**

**C. Parker, et al., Appellee**

## APPEAL FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## DISMISSED -- OPINION BY JUSTICE BAKER

This is an appeal from the order denying appellant's motion to reinstate, signed by the trial court on January 16, 2019. Having reviewed appellant's pleadings, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.